■ In the Matter of JEROME AUERBACH, LTD., et al., v CURIALE. [636 NYS2d 1006] —Vacatur of order denied and, sua sponte

the proceeding is dismissed. This Court's unpublished order entered December 19, 1995 (M-6304) is recalled and vacated. Concur—Rosenberger, J. P., Wallach, Tom and Mazzarelli, JJ.